UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESUS ANDRES CASTANEDA ROSAS,

    Petitioner,

                                  Case No. 25-cv-13876
v.                              Hon. Matthew F. Leitman

Kevin Raycraft, *et al.*,

    Respondents.

_____/

## ORDER DISMISSING PETITION FOR
## WRIT OF HABEAS CORPUS (ECF No. 1)

At the request of Petitioner, as explained on the record on March 10, 2026, the Petition for a Writ of Habeas Corpus (ECF No. 1) is **DISMISSED**.

    **IT IS SO ORDERED.**

                        s/Matthew F. Leitman
                        MATTHEW F. LEITMAN
                        UNITED STATES DISTRICT JUDGE

Dated:  March 10, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 10, 2026, by electronic means and/or ordinary mail.

                        s/Holly A. Ryan
                        Case Manager
                        (313) 234-5126

1